**IN RE: Thomasine TYNES, Former Judge, Philadelphia Traffic Court, Philadelphia County**

**Appeal of: Thomasine Tynes**

**No. 43 EAP 2016**

Supreme Court of Pennsylvania.

January 18, 2018

Samuel C. Stretton, West Chester, PA, for Thomasine Tynes, Appellant.

James P. Kleman, Jr., Pennsylvania Judicial Conduct Board, Robert A. Graci, PA Judicial Conduct Board, Harrisburg, PA, for Judicial Conduct Board, Appellee.

## ORDER

PER CURIAM

**AND NOW**, this 18th day of January, 2018, the Order of the Court of Judicial Discipline entered December 16, 2016, is hereby **Affirmed**.

Justice Dougherty did not participate in the consideration or decision of this case.